Troutman Pepper Locke LLP
Brookfield Place, 200 Vesey Street, 20th Floor
New York, NY 10281-2101

**troutman**
**pepper locke**

troutman.com

---

**Harry K. Tiwari**
harry.tiwari@troutman.com

April 24, 2025

**VIA ECF**
Honorable Lee G. Dunst, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re:  **Eustache v. Navy Federal Credit Union, Case No. 2:25-cv-01351-LGD**
     **Intent to File Motion to Dismiss Under Fed. R. Civ. P. Rule 12(b)**

Dear Judge Dunst:

I write on behalf of defendant Navy Federal Credit Union ("Navy Federal") in the above-referenced matter, pursuant to Administrative Order No. 2023-23, to express our intent to file a motion to dismiss under Fed. R. Civ. P. 12(b)(6).

On March 10, 2025, Navy Federal removed this case from the Supreme Court, County of Suffolk to this Court. On March 14, 2025, the Court granted Navy Federal's extension of time to respond to the Complaint by April 24, 2025. Not all parties have consented to this Court's jurisdiction, and the deadline for such consent has not yet passed. Thus, in accordance with Administrative Order No. 2023-23, Navy Federal requests that the Clerk assign a District Court judge as the presiding judge in this case.

I thank the Court for its attention to this matter.

                                                    Respectfully submitted,


                                                    *Harry K. Tiwari*

ACTIVE:256618/000263: 312141316v.1