Diane Eustache Case No. 2:25-cv-01351 500 Peconic Street, Ronkonkoma, NY, 11749 Building 22 Apartment 2204B

cell: 631-413-6331 work: 347-650-1309 email: dianeeustache@yahoo.com

*** Filed ***
08:55 PM, 13 Apr, 2026
U.S.D.C., Eastern District of New York

Case No.: 2:25-cv-01351 (EK)(LGD)

## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---------------------------------------X

DIANE EUSTACHE, Plaintiff,

v.

NAVY FEDERAL CREDIT UNION, Defendant.

---------------------------------------X

## AMENDED COMPLAINT

Dated: April 12, 2026

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331.

2. Venue is proper in this District as Defendant conducts business here.

## NATURE OF THE ACTION

3. This action arises under the Fair Credit Reporting Act (FCRA).

4. Defendant furnished inaccurate credit information and failed to conduct a reasonable investigation.

## FACTUAL ALLEGATIONS

5. Plaintiff obtained pre-approval for a $39,000 auto loan in August 2023.

6. Defendant disbursed funds to a fraudulent third party without verifying dealership legitimacy.

7. The vehicle was never delivered to Plaintiff.

8. Plaintiff submitted disputes with supporting documentation including police reports and FBI IC3 complaint.

9. Defendant received notice through credit reporting agencies.

10. Defendant failed to reasonably investigate and continued reporting false information.

11. Plaintiff's credit score dropped significantly, impacting business opportunities.

## COUNT I – FCRA VIOLATION

12. Defendant had a duty to investigate disputes after notice.

13. Defendant failed to conduct a reasonable investigation.

14. Defendant willfully and negligently failed to correct inaccurate information.

Diane Eustache Case No. 2:25-cv-01351 500 Peconic Street, Ronkonkoma, NY, 111749 Building 22 Apartment 2204B

cell: 631-413-6331 work: 347-650-1309 email: dianeeustache@yahoo.com

**COUNT II – WILLFUL NONCOMPLIANCE**

15. Defendant acted with reckless disregard for Plaintiff's rights.

**Page 1 of 2**

Diane Eustache Case No. 2:25-cv-01351 500 Peconic Street, Ronkonkoma, NY, 111749 Building 22 Apartment 2204B

cell: 631-413-6331 work: 347-650-1309 email: dianeeustache@yahoo.com

Case No.: 2:25-cv-01351 (EK)(LGD)

**COUNT III – NEGLIGENT NONCOMPLIANCE**

16. Defendant failed to exercise reasonable care.

**DAMAGES**

17. Plaintiff suffered loss of creditworthiness, denial of financing, business loss, and emotional distress.

18. Plaintiff seeks $5,500,000 in damages.

**PRAYER FOR RELIEF**

a. Deletion of inaccurate tradelines

b. Statutory, actual, and punitive damages

c. $5,500,000 for harm suffered

d. Costs and further relief

Respectfully Submitted,

/s/ Diane Eustache

Diane Eustache

500 Peconic Street, Building 22, Apt 2204B

Ronkonkoma, NY 11779

P.O. Box: 161 N Main St MB 113, Sayville, NY

Phone: 631-413-6441

Work: 347-650-1309

Email: dianeeustache@yahoo.com

**Page 2 of 2**