United States District Court
Eastern District of New York

Re: Eustache v. Navy Federal Credit Union
Case No. 2:25-cv-01351-EK-LGD

Request to Remove Former Counsel and Update Docket

To the Honorable Court:

I respectfully request that the docket be updated to reflect that Mitev Law Office is no longer representing me in this matter.

I terminated the representation of former counsel, Mitev Law Office, effective April 12, 2026. I am proceeding pro se in this case.

Accordingly, I request that Mitev Law Office and any associated attorneys be removed from the service list and no longer listed as counsel of record for me, and that all future notices, filings, and correspondence be directed to me at my current contact information on file.

Thank you for your attention to this request.

Respectfully submitted,

Plaintiff Pro Se

Date: 4/27/26

*** Filed ***
04:40 PM, 27 Apr, 2026
U.S.D.C., Eastern District of New York