**The Honorable Eric R. Komitee**
United States District Court
Eastern District of New York

Re: **Eustache v. Navy Federal Credit Union**, Case No. 2:25-cv-01351-EK-LGD

Dear Judge Komitee:

I respectfully submit this letter pro se to clarify an administrative docket entry concerning the demand amount listed in this matter.

The docket presently reflects a demand amount of $624,000. Respectfully, that figure does not reflect the damages amount that had been communicated to prior counsel or my understanding of the scope of damages associated with this case. My intended demand, based on the substantial financial harm, credit damage, consequential losses, and other damages arising from the events alleged, has been approximately $5.5 million, subject to proof and further development of the record.

This discrepancy appears to have arisen while I was represented by former counsel, Mr. Mitev. During that period, I did not have meaningful access to the docket and was not kept adequately informed regarding filings, strategy, or material case developments. There were persistent communication failures that impaired my ability to participate fully in the prosecution of my claims and to ensure that key information presented to the Court was accurate.

Those continuing communication issues were a substantial reason for my decision to terminate prior counsel and proceed without that representation.

I submit this letter solely so the Court is aware that the currently listed demand amount may not accurately reflect my intended position, and to ensure the record is not misunderstood going forward. I respectfully reserve all rights concerning damages as supported by the evidence and applicable law.

Thank you for the Court's time and consideration.

Respectfully submitted,

Diane Eustache
500 Peconic St
Ronkonkoma, NY 11779
Building 22 Apartment 2204B
631-413-6441

4/28/26

*Diane Eustache*

*** Filed ***
10:45 AM, 28 Apr, 2026
U.S.D.C., Eastern District of New York